UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHELLE ANN LOLLIS

VERSUS

EBR POLICE DEPARTMENT

CIVIL ACTION

25-715-SDD-RLB

RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated March 18, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that plaintiff's Complaint shall be dismissed without prejudice for failure to pay the required filing fee.

Signed in Baton Rouge, Louisiana, on this 27 day of April, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 5.